UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND,<br><br>                      Plaintiff,<br><br>          v.<br><br>D. MOFFETT, et al.,<br><br>                      Defendants. | Case No. 1:19-cv-01750-NONE-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY AND TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 42) |

Defendants have filed a motion to stay merits-based discovery, and to vacate the discovery and dispositive-motion deadlines, until after the Court rules on Defendants' pending exhaustion-based motion for summary judgment. (Doc. 42.) The time for Plaintiff to file an opposition or a statement of non-opposition to Defendants' motion to vacate these deadlines and to stay discovery has not yet passed, *see* Local Rule 230(l); however, the Court finds neither necessary here because it finds good cause to grant Defendants' requests.

Accordingly, Defendant's motion (Doc. 42) is GRANTED. The Court STAYS discovery in this matter, except for discovery pertaining to exhaustion of administrative remedies, until the Court rules on Defendants' exhaustion-based motion for summary judgment (Doc. 41).

///

///

///

The Court additionally VACATES the discovery and dispositive-motion deadlines and the deadline to amend the pleadings, to be reset if and when appropriate.

IT IS SO ORDERED.

Dated:  **August 27, 2021**                                  /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE