UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAS B. FOSTER<br><br>    Plaintiff,<br><br>    v.<br><br>TULARE COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-01596 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, GRANTING DEFENDANTS' MOTION TO DISMISS, AND DISMISSING THE ACTION WITHOUT PREJUDICE<br><br>(Docs. 35, 36, 37, and 38) |

    Jonas B. Foster initiated this action seeking to hold the defendants liable for violating his civil rights action pursuant to 42 U.S.C. § 1983.  Defendants moved to dismiss the action pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Docs. 36, 36.)

    On April 15, 2022, the assigned magistrate judge determined Plaintiff failed to prosecute the matter and abandoned the litigation.  (Doc. 38 at 3-5.)  The magistrate judge noted Plaintiff failed to appear for his properly noticed deposition and failed to provide the Court with a proper mailing address following his parole, as required by Local Rule 183.  (*Id.* at 4-5.)  Therefore, the magistrate judge recommended the motions be granted, and the matter be dismissed without prejudice.  (*Id.* at 5.)  In addition, the magistrate judge recommended the pending motion for summary judgment be denied as moot.  (*Id.*)

    All parties were granted 14 days to file any objections to the Findings and Recommendations.

(Doc. 38 at 6.)  In addition, the parties were informed that "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) Defendants did not file objections, and the time to do so has passed.  Although the Findings and Recommendations were served upon Plaintiff at the only known address, the document was returned as undeliverable to the Court on April 29, 2022.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire action, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 15, 2022 (Doc. 38) are **ADOPTED** in full.
2. Defendants' motions to dismiss (Docs. 35, 36) are **GRANTED**.
3. Defendant's motion for summary judgment (Doc. 37) is denied as **MOOT**.
4. This case is **DISMISSED** without prejudice.
5. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 11, 2022**

UNITED STATES DISTRICT JUDGE