# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BLAND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. MOFFETT, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-01750 JLT SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 69) |

Joshua Bland is a state prisoner and seeks to hold correctional officers liable for an alleged failure to protect him from the attack of several other inmates pursuant to 42 U.S.C. § 1983. Defendants Jaime and Stark—the only defendants remaining in this action— seek summary judgment, arguing that Plaintiff failed to exhaust his administrative remedies prior to filing this action. (Doc. 41.) On October 4, 2022, the assigned magistrate judge found: "Even viewed in the light most favorable to Plaintiff, the record establishes Plaintiff did not exhaust his administrative remedies as required prior to filing suit." (Doc. 69 at 15.) Therefore, the magistrate judge recommended the motion for summary judgment be granted and judgment be entered in favor of Defendants Jaime and Stark. (*Id.* at 16.)

The parties were granted 14 days to file any objections. (Doc. 69 at 16.) In addition, the parties were informed that "[f]ailure to file objections within the specified time may result in waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014);

*Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  More than 14 days have passed, and no objections were filed.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case.  Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on October 4, 2022 (Doc. 69) are **ADOPTED** in full.
2. Defendants' motion for summary judgment for a failure to exhaust administrative remedies (Doc. 41) is **GRANTED**.
3. The Clerk of the Court is DIRECTED to enter judgment in favor of Defendants Jaime and Stark, and to close this case.

IT IS SO ORDERED.

Dated:   **October 26, 2022**                                                        /s/ Jennifer L. Thurston
                                                                                                  UNITED STATES DISTRICT JUDGE